Order entered October 16, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00908-CR

### KEVIN MONROE AMOS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-34685-U**

## ORDER

The Court **REINSTATES** the appeal.

On October 11, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We, however, had received the record on October 7, 2012. Accordingly, we **VACATE** the October 11, 2012 order.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE